227 (1976), I would grant certiorari and vacate the death sentence in this case.

No. 84–336.   BUSHEY ET AL. *v.* NEW YORK STATE CIVIL SERVICE COMMISSION ET AL., 469 U. S. 1117;

No. 84–629.   MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. *v.* MCCOLLUM ET AL., 469 U. S. 1127;

No. 84–653.   SCHLEIFER *v.* CHILDREN'S MEMORIAL HOSPITAL, 469 U. S. 1108;

No. 84–692.   HAWKINS *v.* ALEX. BROWN & SONS ET AL., 469 U. S. 1108;

No. 84–707.   DUNN *v.* UNITED STATES ET AL., 469 U. S. 1132;

No. 84–781.   IOWA EXPRESS DISTRIBUTION, INC. *v.* NATIONAL LABOR RELATIONS BOARD, 469 U. S. 1088;

No. 84–784.   TRACEY *v.* UNITED STATES, 469 U. S. 1109;

No. 84–5502.   CAMPBELL *v.* CLARK, SECRETARY OF THE INTERIOR, 469 U. S. 1193;

No. 84–5545.   SPIVEY *v.* GEORGIA, 469 U. S. 1132;

No. 84–5684.   BOLES *v.* BAKER ET AL., 469 U. S. 1113;

No. 84–5810.   BROWN *v.* YOUNG ET AL., 469 U. S. 1194; and

No. 84–5926.   SAUNDERS *v.* UNITED STATES, 469 U. S. 1196. Petitions for rehearing denied.

No. 83–6350.   MCCORQUODALE *v.* BALKCOM, WARDEN, ET AL., 466 U. S. 954.   The orders entered May 21, 1984 [467 U. S. 1202], suspending the effect of the order denying the petition for writ of certiorari and staying execution of sentence of death are vacated. Petition for rehearing denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we dissent from the Court's order vacating the stay of execution in this case.

MARCH 1, 1985

No. 75–6990.   BALL *v.* DUNLAP, CHAIRMAN, RHODE ISLAND STATE PILOTAGE COMMISSION, ET AL.   C. A. 1st Cir.   Certiorari dismissed under this Court's Rule 53.